# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV365

| | |
|---|---|
| JAY H. CARPENTER and ) | |
| MAXINE B. CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Parties' "Consent Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation" (Document No. 5), filed September 22, 2006. This matter has been referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b), and is ripe for review.

The Defendant has a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") for transfer of this case, and numerous other cases with certain overlapping factual issues and similar legal theories, to a single court pursuant to 28 U.S.C. § 1407.

Having carefully considered the record and the Parties' Motion, and in the interest of judicial economy, the undersigned will grant the Parties' request.

**IT IS, THEREFORE, ORDERED** that the Parties' "Consent Motion to Stay ..." (Document No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that all proceedings in this matter are **STAYED** pending further Order of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures or discovery during such time as this action is stayed. Within fifteen (15) days of a ruling

by the JPML, Defendant shall report such to the Court.

Signed: October 4, 2006

David C. Keesler
United States Magistrate Judge